No. 35. RODRÍGUEZ ET AL. *v.* GANDÍA.—Appeal from the District Court of Mayagüez. Decided April 3, 1905. Appeal dismissed for noncompliance with section 299 of the Code of

Civil Procedure and sections 50 and 54 of the Rules. *Mr. Ramírez*, for appellant.